**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL BRILLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-06-1413-R |
| | ) |
| FRED FIGUEROA, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court are the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered November 28, 2007. Doc. No. 72. No objection to the Report and Recommendation, which was due December 18, 2007, has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety; Plaintiff's motion for dismissal without prejudice [Doc. No. 71] is GRANTED; and Plaintiff's Complaint is DISMISSED without prejudice to refiling pursuant to F.R.Civ.P. 41(a)(2).

**It is so ordered this 20th day of December, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE